# IN THE SUPREME COURT OF PENNSYLVANIA

| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2833 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 107 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 312671 |
| | : | |
| | : | (Bucks County) |
| BRITTANY MAIRE YURCHYK, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2021, upon consideration of the Report and Recommendations of the Disciplinary Board, Brittany Maire Yurchyk is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).